No. D–106. IN RE DISBARMENT OF ABBOTT. It is ordered that William Hayes Abbott of Orangevale, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why

he should not be disbarred from the practice of law in this Court.